IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORLIVEETHO McMILLIAN,<br>        Plaintiff,<br><br>vs.<br><br>JOHN E. WETZEL *Secretary of Corrections*; JEFFREY WITHERITE *Western Region Staff Assistant of Department of Corrections*; SUPERINTENDANT BRIAN COLEMAN; SECRITY CAPTAIN CAPSTICK; SECURITY CAPTAIN WEAVER; UNIT MANAGER BOZAS; CO I OFFICER CARN; CO I OFFICER PALMER; PRISONER WILLIAM KULPET,<br>        Defendants. | Civil Action No. 14-1529<br>District Judge Nora Barry Fischer<br>Chief Magistrate Judge Maureen P. Kelly<br><br>Re: ECF No. 98 |

## ORDER

AND NOW, this 6th day of March, 2017, after Plaintiff Corliveetho McMillian filed an action in the above-captioned case, and after a Motion for Summary Judgment was filed by Defendants, and after a Report and Recommendation was filed by the Chief United States Magistrate Judge giving the parties until February 27, 2017, to file written objections thereto, and no Objections having been filed, and upon independent review of the record, and upon consideration of the Chief Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Summary Judgment submitted by Defendants, ECF No. [98], is GRANTED, and the Clerk of Court is to mark the case closed.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as

provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

BY THE COURT:

/s/ Nora Barry Fischer
NORA BARRY FISCHER
UNITED STATES DISTRICT JUDGE

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

Corliveetho McMillian
AY-6916
SCI Camp Hill
P.O. Box 200
Camp Hill, PA 17001

All counsel of record via CM/ECF